**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**: JAMES PENNELL**                    CASE NO:  **08-00505-8-SWH**
                     **JEAN PENNELL**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports
unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the
    estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect
    mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-
    payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **CACV OF COLORADO LLC** | **$49.90** | **7/1/10** |
| **C/O SESSOMS & ROGERS** | | |
| **PO BOX 52508** | | |
| **DURHAM, NC 27717** | | |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or
whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends
pursuant to 11 U.S.C. 347.

**December 14, 2010**                         _____/s/ Trawick H. Stubbs, Jr._____
                                **TRAWICK H. STUBBS, JR.**
                                **CHAPTER 13 TRUSTEE**
                                **P. O. BOX 1618**
                                **NEW BERN, NC  28563**
                                **(252) 633-0074**